# EXHIBIT 6

**Exhibit 6: U.S. Patent No. 9,143,323**

| Claim 1 | Identification |
|---|---|
| 1. A method for securing a communication link between a first device and a second device, the method comprising: | To the extent the preamble is limiting, the Accused Products perform a method for securing a communication link between a first device and a second device (e.g., a TLS 1.3 compatible server or computer). The Accused Products are Abbott Neuromodulation apps and servers including: NeuroSphere Digital Health Android App; NeuroSphere Digital Health iOS App; Patient Controller RC-US iOS App; Patient Controller NR-US iOS App; Digital Health servers; NeuroSphere servers; and Patient Controller servers.<br><br>⊐ ABBOTT<br><br>Abbott Corporate Privacy Policy<br><br>Privacy at Abbott<br><br>Every day, you trust us with your health – one of the most personal areas of your life. At Abbott, that is a responsibility we take incredibly seriously.<br><br>Technology is transforming healthcare and the opportunities to learn how to better manage health, wellness and human performance through data are limitless. It is a privilege for us to learn from you and your experience with our products – and every day we hope to understand the science and our customers a little bit better than the day before.<br><br>At Abbott we are guided by the following principles in our approach to transparency and protection of your personal information:<br><br>• We believe your personal information belongs to you<br>• We will be transparent about the data we collect from you, and how that data will be used<br>• We build privacy and security protections into the products and services we design<br>• We protect the data we collect<br><br>Please see our US Privacy Policy, European Privacy Policy, and Consumer Health Data Privacy Policy found at the links below on how we process your Personal Information.<br><br>*See* https://www.abbott.com/en-us/privacy-policy |

| Claim 1 | Identification |
|---|---|
| | For example, the Accused Products perform a method for securing a communication link (e.g., cellular, Wi-Fi) between NeuroSphere Digital Health Android App and a server (e.g., p1-ceres.products.abbott) using TLS 1.3 when communicating data.<br><br><br><br>Source: Packet capture of NeuroSphere Digital Health App Android app<br><br>For example, the Accused Products perform a method for securing a communication link (e.g., cellular, Wi-Fi) between NeuroSphere Digital Health iOS App and a server (e.g., neuro-login.products.abbott) using TLS 1.3 when communicating data. |

2

| Claim 1 | Identification |
|---|---|
| | <br><br>Source: Packet capture of NeuroSphere Digital Health App iOS app<br><br>For example, the Accused Products perform a method for securing a communication link (e.g., cellular, Wi-Fi) between Patient Controller RC-US iOS App and a server (e.g., p1-ceres.products.abbott) using TLS 1.3 when communicating data. |

3

| Claim 1 | Identification |
|---------|----------------|
|  | Source: Packet capture of Patient Controller RC-US iOS app <br><br> Transport Layer Security 1.3 (referred to as "TLS 1.3" in this document) enables a client (e.g., an app) and a server to establish a secure communications link between them that provides authentication, confidentiality, and integrity. |

4

| Claim 1 | Identification |
|---|---|
| | **1. Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>These properties should be true even in the face of an attacker who has complete control of the network, as described in [RFC3552].  See Appendix E for a more complete statement of the relevant security properties.<br><br>*See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |
| 1[a] generating a first cryptographic key; | The Accused Products generate a first cryptographic key (e.g., an ephemeral public key).<br><br>For example, Accused Products generate an ephemeral public key represented as an integer in the key_exchange data structure if using DHE, or as a point consisting of x and y coordinates in the UncompressedPointRepresentation data structure if using ECDHE. |

5

| Claim 1 | Identification |
|---|---|
|  | ```
4.2.8.1.  Diffie-Hellman Parameters

   Diffie-Hellman [DH76] parameters for both clients and servers are
   encoded in the opaque key_exchange field of a KeyShareEntry in a
   KeyShare structure.  The opaque value contains the Diffie-Hellman
   public value (Y = g^X mod p) for the specified group (see [RFC7919]
   for group definitions) encoded as a big-endian integer and padded to
   the left with zeros to the size of p in bytes.

4.2.8.2.  ECDHE Parameters

   ECDHE parameters for both clients and servers are encoded in the
   opaque key_exchange field of a KeyShareEntry in a KeyShare structure.

   For secp256r1, secp384r1, and secp521r1, the contents are the
   serialized value of the following struct:

      struct {
          uint8 legacy_form = 4;
          opaque X[coordinate_length];
          opaque Y[coordinate_length];
      } UncompressedPointRepresentation;

   X and Y, respectively, are the binary representations of the x and y
   values in network byte order.  There are no internal length markers,
``` <br><br> *See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html <br><br> For example, the Accused Products include its ephemeral public key (key_exchange/ UncompressedPointRepresentation) in the key_share extension within the ClientHello message. |

6

| Claim 1 | Identification |
|---|---|
| | <pre>4.2.8.  Key Share

   The "key_share" extension contains the endpoint's cryptographic
   parameters.

   Clients MAY send an empty client_shares vector in order to request
   group selection from the server, at the cost of an additional round
   trip (see Section 4.1.4).

      struct {
          NamedGroup group;
          opaque key_exchange<1..2^16-1>;
      } KeyShareEntry;

   group:  The named group for the key being exchanged.

   key_exchange:  Key exchange information.  The contents of this field
      are determined by the specified group and its corresponding
      definition.  Finite Field Diffie-Hellman [DH76] parameters are
      described in Section 4.2.8.1; Elliptic Curve Diffie-Hellman
      parameters are described in Section 4.2.8.2.

      Client                                            Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------></pre> <br><br> *See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |
| 1[b] generating a second cryptographic key; | The Accused Products generate a second cryptographic key (e.g., (EC)DHE shared secret). <br><br> For example, the Accused Products use the computer/server's ephemeral public key to generate a second cryptographic key (the (EC)DHE shared secret). <br><br> <pre>7.4.1.  Finite Field Diffie-Hellman

   For finite field groups, a conventional Diffie-Hellman [DH76]
   computation is performed.  The negotiated key (Z) is converted to a
   byte string by encoding in big-endian form and left-padded with zeros
   up to the size of the prime.  This byte string is used as the shared
   secret in the key schedule as specified above.</pre> |

| Claim 1 | Identification |
|---|---|
| | ```
7.4.2.  Elliptic Curve Diffie-Hellman

   For secp256r1, secp384r1, and secp521r1, ECDH calculations (including
   parameter and key generation as well as the shared secret
   calculation) are performed according to [IEEE1363] using the
   ECKAS-DH1 scheme with the identity map as the key derivation function
   (KDF), so that the shared secret is the x-coordinate of the ECDH
   shared secret elliptic curve point represented as an octet string.
   Note that this octet string ("Z" in IEEE 1363 terminology) as output
   by FE2OSP (the Field Element to Octet String Conversion Primitive)
   has constant length for any given field; leading zeros found in this
   octet string MUST NOT be truncated.

   (Note that this use of the identity KDF is a technicality.  The
   complete picture is that ECDH is employed with a non-trivial KDF
   because TLS does not directly use this secret for anything other than
   for computing other secrets.)

   For X25519 and X448, the ECDH calculations are as follows:

   -  The public key to put into the KeyShareEntry.key_exchange
      structure is the result of applying the ECDH scalar multiplication
      function to the secret key of appropriate length (into scalar
      input) and the standard public basepoint (into u-coordinate point
      input).

   -  The ECDH shared secret is the result of applying the ECDH scalar
      multiplication function to the secret key (into scalar input) and
      the peer's public key (into u-coordinate point input).  The output
      is used raw, with no processing.
``` <br><br> *See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |
| 1[c] hashing packets communicated between said first device and said second device over said communication link to create a hash result; and | The Accused Products hash packets (e.g., messages (e.g., handshake messages)) communicated between said first device and said second device over said communication link to create a hash result (e.g., a transcript hash). <br><br> For example the Accused Products hash messages that are exchanged between the first device and the second device to create the Transcript-Hash. |

| Claim 1 | Identification |
|---|---|
| | ```
4.4.1.  The Transcript Hash

  Many of the cryptographic computations in TLS make use of a
  transcript hash.  This value is computed by hashing the concatenation
  of each included handshake message, including the handshake message
  header carrying the handshake message type and length fields, but not
  including record layer headers.  I.e.,

   Transcript-Hash(M1, M2, ... Mn) = Hash(M1 || M2 || ... || Mn)

  As an exception to this general rule, when the server responds to a
  ClientHello with a HelloRetryRequest, the value of ClientHello1 is
  replaced with a special synthetic handshake message of handshake type
  "message_hash" containing Hash(ClientHello1).  I.e.,

  Transcript-Hash(ClientHello1, HelloRetryRequest, ... Mn) =
     Hash(message_hash ||        /* Handshake type */
          00 00 Hash.length  ||   /* Handshake message length (bytes) */
          Hash(ClientHello1) ||   /* Hash of ClientHello1 */
          HelloRetryRequest  || ... || Mn)

  The reason for this construction is to allow the server to do a
  stateless HelloRetryRequest by storing just the hash of ClientHello1
  in the cookie, rather than requiring it to export the entire
  intermediate hash state (see Section 4.2.2).

  For concreteness, the transcript hash is always taken from the
  following sequence of handshake messages, starting at the first
  ClientHello and including only those messages that were sent:
  ClientHello, HelloRetryRequest, ClientHello, ServerHello,
  EncryptedExtensions, server CertificateRequest, server Certificate,
  server CertificateVerify, server Finished, EndOfEarlyData, client
  Certificate, client CertificateVerify, client Finished.
``` <br><br> *See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |
| 1[d] hashing said first cryptographic key, said second cryptographic key and said hash result to generate a third cryptographic key to be used to secure said communication link. | The Accused Products hash (e.g., perform a HMAC-based Extract-and-Expand. <br><br> Key Derivation Function (HKDF)) the first cryptographic key (e.g., ephemeral public key included in the ClientHello message), the second cryptographic key (e.g., (EC)DHE shared secret) and the hash result (e.g., transcript hash) to generate a third cryptographic key (e.g., client_write_key or server_write_key) to be used to secure said communication link (e.g., TLS 1.3 link). |

9

| Claim 1 | Identification |
|---|---|
| | For example, the hashing of the first cryptographic key, the second cryptographic key, and the hash result may include multiple hashing functions.<br><br>For example, the Accused Products include its ephemeral public key within the ClientHello message (previously shown), and hash the ClientHello message in the Derive-Secret function to generate a secret (e.g., client_application_traffic_secret, server_application_traffic_secret).<br><br><pre>    Derive-Secret(Secret, Label, Messages) =<br>        HKDF-Expand-Label(Secret, Label,<br>                        Transcript-Hash(Messages), Hash.length)<br><br> The Hash function used by Transcript-Hash and HKDF is the cipher<br> suite hash algorithm.  Hash.length is its output length in bytes.<br> Messages is the concatenation of the indicated handshake messages,<br> including the handshake message type and length fields, but not<br> including record layer headers.  Note that in some cases a zero-<br> length Context (indicated by "") is passed to HKDF-Expand-Label.  The<br> labels specified in this document are all ASCII strings and do not<br> include a trailing NUL byte.<br> (EC)DHE -> HKDF-Extract = Handshake Secret<br>            |<br>            +-----> Derive-Secret(., "c hs traffic",<br>            |                     ClientHello...ServerHello)<br>            |                     = client_handshake_traffic_secret<br>            |<br>            +-----> Derive-Secret(., "s hs traffic",<br>            |                     ClientHello...ServerHello)<br>            |                     = server_handshake_traffic_secret<br>            v<br>      Derive-Secret(., "derived", "")<br>            |<br>            v<br> 0 -> HKDF-Extract = Master Secret<br>            |<br>            +-----> Derive-Secret(., "c ap traffic",<br>            |                     ClientHello...server Finished)<br>            |                     = client_application_traffic_secret_0<br>            |<br>            +-----> Derive-Secret(., "s ap traffic",<br>            |                     ClientHello...server Finished)<br>            |                     = server_application_traffic_secret_0<br>            ¦</pre><br>*See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |

10

| Claim 1 | Identification |
|---|---|
| | Similarly, the Accused Products hash the (EC)DHE key in the HKDF-Extract function to generate a secret (e.g., handshake secret).<br><br>```<br>        Derive-Secret(., "derived", "")<br>                |<br>                v<br>   (EC)DHE -> HKDF-Extract = Handshake Secret<br>                |<br>                +-----> Derive-Secret(., "c hs traffic",<br>                |                       ClientHello...ServerHello)<br>                |                       = client_handshake_traffic_secret<br>                |<br>                +-----> Derive-Secret(., "s hs traffic",<br>                |                       ClientHello...ServerHello)<br>                |                       = server_handshake_traffic_secret<br>                v<br>        Derive-Secret(., "derived", "")<br>                |<br>```<br><br>*See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html<br><br>```<br>2.2.  Step 1: Extract<br><br>   HKDF-Extract(salt, IKM) -> PRK<br><br>   Options:<br>      Hash     a hash function; HashLen denotes the length of the<br>               hash function output in octets<br><br>   Inputs:<br>      salt     optional salt value (a non-secret random value);<br>               if not provided, it is set to a string of HashLen zeros.<br>      IKM      input keying material<br><br>   Output:<br>      PRK      a pseudorandom key (of HashLen octets)<br><br>   The output PRK is calculated as follows:<br><br>   PRK = HMAC-Hash(salt, IKM)<br>```<br><br>*See*: HMAC-based Extract-and-Expand Key Derivation Function (HKDF), https://www.rfc-editor.org/rfc/rfc5869.html |

| Claim 1 | Identification |
|---|---|
| | Similarly, the Accused Products hash the "Transcript-Hash" of messages from "ClientHello" to "server finished" using the Derive-Secret function to generate a secret (e.g., client application traffic secret, server application traffic secret).<br><br>```<br>Derive-Secret(Secret, Label, Messages) =<br>     HKDF-Expand-Label(Secret, Label,<br>                       Transcript-Hash(Messages), Hash.length)<br><br>The Hash function used by Transcript-Hash and HKDF is the cipher<br>suite hash algorithm.  Hash.length is its output length in bytes.<br>Messages is the concatenation of the indicated handshake messages,<br>including the handshake message type and length fields, but not<br>including record layer headers.  Note that in some cases a zero-<br>length Context (indicated by "") is passed to HKDF-Expand-Label.  The<br>labels specified in this document are all ASCII strings and do not<br>include a trailing NUL byte.<br><br><br>(EC)DHE -> HKDF-Extract = Handshake Secret<br>            |<br>            +-----> Derive-Secret(., "c hs traffic",<br>            |                     ClientHello...ServerHello)<br>            |                     = client_handshake_traffic_secret<br>            |<br>            +-----> Derive-Secret(., "s hs traffic",<br>            |                     ClientHello...ServerHello)<br>            |                     = server_handshake_traffic_secret<br>            v<br>      Derive-Secret(., "derived", "")<br>            |<br>            v<br>0 -> HKDF-Extract = Master Secret<br>            |<br>            +-----> Derive-Secret(., "c ap traffic",<br>            |                     ClientHello...server Finished)<br>            |                     = client_application_traffic_secret_0<br>            |<br>            +-----> Derive-Secret(., "s ap traffic",<br>            |                     ClientHello...server Finished)<br>            |                     = server_application_traffic_secret_0<br>            |<br>```<br><br>*See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |

| Claim 1 | Identification |
|---------|----------------|
|  | The Accused Products hash the "sender" application traffic secret in the HKDF-Expand-Label function to generate a third cryptographic key (e.g., client_write_key or server_write_key), which is used to secure the communication link between the Accused Products.<br><br>7.3.  Traffic Key Calculation<br><br>The traffic keying material is generated from the following input values:<br><br>-  A secret value<br><br>-  A purpose value indicating the specific value being generated<br><br>-  The length of the key being generated<br><br>The traffic keying material is generated from an input traffic secret value using:<br><br>[sender]_write_key = HKDF-Expand-Label(Secret, "key", "", key_length)<br>[sender]_write_iv  = HKDF-Expand-Label(Secret, "iv", "", iv_length)<br><br>[sender] denotes the sending side.  The value of Secret for each record type is shown in the table below.<br><br>```<br>+-------------------+--------------------------------------+<br>\| Record Type       \| Secret                               \|<br>+-------------------+--------------------------------------+<br>\| 0-RTT Application \| client_early_traffic_secret          \|<br>\|                   \|                                      \|<br>\| Handshake         \| [sender]_handshake_traffic_secret    \|<br>\|                   \|                                      \|<br>\| Application Data  \| [sender]_application_traffic_secret_N \|<br>+-------------------+--------------------------------------+<br>```<br><br>*See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html |

13

| Claim 1 | Identification |
|---|---|
| | ```
HKDF-Expand-Label(Secret, Label, Context, Length) =
     HKDF-Expand(Secret, HkdfLabel, Length)

Where HkdfLabel is specified as:

struct {
    uint16 length = Length;
    opaque label<7..255> = "tls13 " + Label;
    opaque context<0..255> = Context;
} HkdfLabel;
```<br><br>*See*: The Transport Layer Security (TLS) Protocol Version 1.3, https://www.rfc-editor.org/rfc/rfc8446.html<br><br>```
HKDF-Expand(PRK, info, L) -> OKM


Options:
   Hash      a hash function; HashLen denotes the length of the
             hash function output in octets
``` |

14

| Claim 1 | Identification |
|---|---|
| | ```
Inputs:
    PRK       a pseudorandom key of at least HashLen octets
              (usually, the output from the extract step)
    info      optional context and application specific information
              (can be a zero-length string)
    L         length of output keying material in octets
              (<= 255*HashLen)


Output:
    OKM       output keying material (of L octets)


The output OKM is calculated as follows:


N = ceil(L/HashLen)
T = T(1) | T(2) | T(3) | ... | T(N)
OKM = first L octets of T


where:
T(0) = empty string (zero length)
T(1) = HMAC-Hash(PRK, T(0) | info | 0x01)
T(2) = HMAC-Hash(PRK, T(1) | info | 0x02)
T(3) = HMAC-Hash(PRK, T(2) | info | 0x03)
...
``` *See*: RFC 5869: HMAC-based Extract-and-Expand Key Derivation Function (HKDF), https://www.rfc-editor.org/info/rfc5869/ |

15