# EXHIBIT 7

**Exhibit 7: U.S. Patent No. 7,664,707**

| Claim 1 | Identification |
|---|---|
| **1[pre]** A method of establishing a data connection between a mobile device and peripheral, comprising; | To the extent the preamble is limiting, the Accused Product (e.g., Abbott Patient Controller App) performs the method of establishing a data connection between a mobile device (e.g., a smartphone running the app) and peripheral (e.g., the Abbott Infinity Deep Brain Stimulation, DBS, System, i.e., implanted device).<br><br>For example, *see*:<br><br><br><br>**INFINITY™ DBS SYSTEM**<br><br>Recharge-free deep brain stimulation (DBS) featuring directional lead technology and built-in remote care capabilities*<br><br>**Revolutionizing treatment for Parkinson's disease and essential tremor**<br><br>The Abbott Infinity™ DBS system is proven to provide patients with streamlined, personalized DBS therapy that can give them back control of their Parkinson's disease or essential tremor symptoms.[1,2] The Abbott Infinity™ DBS system combines innovative directional lead technology and a wireless, upgradeable platform with a long-lasting, recharge-free battery. It offers patients the very latest in DBS treatment, such as remote programming with NeuroSphere™ Virtual Clinic.<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/parkinsons.html |

1

| Claim 1 | Identification |
|---|---|
| | DBS systems are implanted devices, similar to pacemakers, that deliver mild electrical pulses through thin wires, called leads, to stimulate specific areas of the brain. Conventional DBS leads use circular bands that require 360-degree activation to deliver stimulation to any brain target. |

https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/38778_MD_DBS-PatientBro_r6_FNL_Web.pdf.coredownload.pdf, Page 4

**Pairing the Bluetooth® Wireless Connection**

To pair the patient controller to the generator:

1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.
2. Tap the patient controller app icon.
   The patient controller app launches.
3. Tap +.
   The Add Generator screen opens.
4. Tap an available generator in the "Select a Generator…" list.
   If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.
5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.
6. Tap **Pair** to pair the patient controller and generator.
   The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.

NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32

2

| Claim 1 | Identification |
|---|---|
| | Infinity™ DBS system<br><br>With next-generation energy management and an updated longevity profile, the Infinity™ DBS System offers long-lasting, low-maintenance therapy.[6]<br><br>Benefits:<br>• Delivers an updated longevity profile thanks to changes in energy management.[6,†]<br>• Expands patient controller options by letting patients use their personal Apple‡ mobile device or an Abbott provided mobile device.[7,††]<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/movement-disorders.html<br><br>**Patient Controller NR - US**<br>Medical<br>Only for iPhone<br>Free<br>Share<br><br>This Patient Controller NR app is for use with Abbott non-rechargeable (NR) devices, such as Proclaim™ SCS systems, Proclaim™ DRG therapy, and Infinity™ DBS systems.<br><br>https://apps.apple.com/us/app/patient-controller-nr-us/id1059237634 |

3

| Claim 1 | Identification |
|---|---|
| |  https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |

| Claim 1 | Identification |
|---|---|
| **1[a]** receiving a request from the peripheral device that an approval process for the data connection be handled by the mobile device; | The Accused Product (e.g., Abbott Patient Controller app) receives a request (e.g., Bluetooth pairing request) from the peripheral device (e.g., the Implantable Pulse Generator, IPG, device) that an approval process for the data connection be handled by the mobile device (e.g., a code be entered on, and processed by, the smartphone, or more specifically, the app running on the smartphone).<br><br>**Pairing the Bluetooth® Wireless Connection**<br><br>To pair the patient controller to the generator:<br>1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.<br>2. Tap the patient controller app icon. The patient controller app launches.<br>3. Tap +. The Add Generator screen opens.<br>4. Tap an available generator in the "Select a Generator…" list. If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.<br>5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.<br>6. Tap **Pair** to pair the patient controller and generator. The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.<br><br>NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32<br><br>e. Pair your Patient Controller app to the implantable pulse generator (IPG). To do so, remove the keeper bar on the magnet, and hold the magnet over your IPG for 10 seconds.<br><br>f. Remove the magnet.<br><br>g. Open your **Patient Controller app** on the Apple‡ mobile digital device.<br><br>h. Tap the **+** button (Figure 5).<br><br>i. The serial number of the IPG you just held the magnet over will appear. Tap it. Only IPGs that have had the magnet placed over them for 10 seconds will appear in this list.<br><br>j. A number code appears on the screen of your Patient Controller app. Enter that number and tap **Pair** (Figure 6).<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |

| | |
|---|---|
| **1[b]** providing through the mobile device an input mechanism to provide input for use in determining whether to approve the data connection between the mobile device and the peripheral; and<br><br>**1[c]** determining whether to approve the data connection between the mobile device and the peripheral based upon the input; and | The Accused Product provides through the mobile device (e.g., the smartphone, or more specifically the app running on the smartphone) an input mechanism to provide input (e.g., a UI to provide a code) for use in determining whether to approve the data connection between the mobile device (e.g., the smartphone, or more specifically the app running on the smartphone) and the peripheral (e.g., the IPG device).<br><br>The Accused Product determines whether to approve the data connection between the mobile device (e.g., the smartphone, or more specifically the app running on the smartphone) and the peripheral (e.g., the IPG device) based upon the input (e.g., the code).<br><br>**Pairing the Bluetooth® Wireless Connection**<br><br>To pair the patient controller to the generator:<br>1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.<br>2. Tap the patient controller app icon. The patient controller app launches.<br>3. Tap +. The Add Generator screen opens.<br>4. Tap an available generator in the "Select a Generator…" list. If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.<br>5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.<br>6. Tap **Pair** to pair the patient controller and generator. The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.<br><br>NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32<br><br>e. Pair your Patient Controller app to the implantable pulse generator (IPG). To do so, remove the keeper bar on the magnet, and hold the magnet over your IPG for 10 seconds.<br><br>f. Remove the magnet.<br><br>g. Open your **Patient Controller app** on the Apple‡ mobile digital device.<br><br>h. Tap the **+** button (Figure 5).<br><br>i. The serial number of the IPG you just held the magnet over will appear. Tap it. Only IPGs that have had the magnet placed over them for 10 seconds will appear in this list.<br><br>j. A number code appears on the screen of your Patient Controller app. Enter that number and tap **Pair** (Figure 6).<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |

| Claim 1 | Identification |
|---|---|
|  | Figure 15 https://www.neuromodulation.ab bott/content/dam/nm/neuromodu lation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL _DIGITAL.pdf, Page 9    https://www.neuromodulation.abbott/content/dam/nm/neuro modulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 and 14 |

| Claim 1 | Identification |
|---|---|
| **1[d]** wherein the peripheral is not capable of providing an input prompt for use in determining whether to approve the data connection between the mobile device and the peripheral. | The Accused Product performs wherein the peripheral (e.g., the IPG device) is not capable of providing an input prompt (e.g., has no UI or display) for use in determining whether to approve the data connection between the mobile device (e.g., the smartphone, or more specifically the app running on the smartphone) and the peripheral (e.g., the IPG device).<br><br>Infinity™ DBS system<br>With next-generation energy management and an updated longevity profile, the Infinity™ DBS System offers long-lasting, low-maintenance therapy.[6]<br>Benefits:<br>• Delivers an updated longevity profile thanks to changes in energy management.[6,†]<br>• Expands patient controller options by letting patients use their personal Apple‡ mobile device or an Abbott provided mobile device.[7,††]<br><br>e. Pair your Patient Controller app to the implantable pulse generator (IPG). To do so, remove the keeper bar on the magnet, and hold the magnet over your IPG for 10 seconds.<br>f. Remove the magnet.<br>g. Open your **Patient Controller app** on the Apple‡ mobile digital device.<br>h. Tap the **+** button (Figure 5).<br>i. The serial number of the IPG you just held the magnet over will appear. Tap it. Only IPGs that have had the magnet placed over them for 10 seconds will appear in this list.<br>j. A number code appears on the screen of your Patient Controller app. Enter that number and tap **Pair** (Figure 6).<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/movement-disorders.html<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |

8

| Claim 1 | Identification |
|---|---|
|  |  https://www.neuromodulation.ab bott/content/dam/nm/neuromodu lation/downloadables/23- 77762_DBS_PC_App_GD_r4b_FNL _DIGITAL.pdf, Page 9 |

9

| Claim 1 | Identification |
|---|---|
| | DBS systems are implanted devices, similar to pacemakers, that deliver mild electrical pulses through thin wires, called leads, to stimulate specific areas of the brain. Conventional DBS leads use circular bands that require 360-degree activation to deliver stimulation to any brain target.<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/38778_MD_DBS-PatientBro_r6_FNL_Web.pdf.coredownload.pdf, Page 4<br><br>On information and belief, the Abbott Liberty RC Deep Brain Stimulation System ("Liberta RC DBS") practices the method in the same way. |