# EXHIBIT 8

**Exhibit 8: U.S. Patent No. 8,261,338**

| Claim 1 | Identification |
|---|---|
| **1[pre]** A method in a first electronic device that is able to communicate with a policy server over a first communication link and is able to communicate with a second electronic device over a second communication link, the method comprising; | To the extent the preamble is limiting, the Accused Product (e.g., Abbott Patient Controller App), in a first electronic device (e.g., a smartphone running the app), communicates with a policy server over a first communication link and is able to communicate with a second electronic device over (e.g., the Abbott Infinity Deep Brain Stimulation, DBS, System, i.e., implanted device) a second communication link.<br><br>For example, the Abbott Infinity Deep Brain Stimulation (DBS) System (i.e., IPG) offers a feature of remote programming through NeuroSphere Virtual Clinic. A mobile device with the Patient Controller app (with NeuroSphere Virtual Clinic feature) communicates with a Clinician (which is using a NeuroSphere Clinician programmer app to transmit the therapy settings via NeuroSphere Virtual Clinic feature) over a wireless communication.<br><br>For example, *see*:<br><br> |

| Claim 1 | Identification |
|---|---|
| |  |

| Claim 1 | Identification |
|---|---|
| **1[a].** receiving at said first electronic device a policy sent from said policy server over said first communication link; | The Accused Product receive at said first electronic device a policy sent from said policy server over said first communication link.<br><br>For example, the mobile device operating the Abbott's Patient Controller app receives adjust therapy settings (inferred as policy) sent from the NeuroSphere Virtual Clinic (via cloud having a server) of NeuroSphere Clinician Programmer using the mobile devices Wi-Fi or cellular connection (first communication link).<br><br>**Programming in a Remote Session**<br>The NeuroSphere™ Virtual Clinic feature provides real-time, interactive communication between you and the patient. This section provides instructions and information about features available during a remote session.<br>**Adjusting and Managing Patient Therapy**<br>You may adjust and manage the patient's therapy as though the patient were in the medical office. You can adjust the stimulation therapy settings of the lead selected for stimulation on the Program screen in standard screen view or in full screen view.<br>**To adjust therapy settings in standard screen view**<br><br>Adjust therapy settings — Use the Program screen to make therapy adjustments, manage programs, and view the generator's settings in the Program screen.<br>For more information about the Program screen, refer to the "Programming with the Clinician Programmer App" instructions in your clinician programmer app manual.<br>NOTE:<br>• After making programming changes, the "Applying programming changes to remote device…" message appears. Wait for the message to close before making additional changes.<br>• Switching programs will save the program.<br><br>NeuroSphere™ Virtual Clinic for Clinician Programmer DBS Supplement, v3.11, Model 3874 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page: 18 and 19 |

3

| Claim 1 | Identification |
|---|---|
|  |

"NeuroSphere Virtual Clinic solves considerable issues patients with movement disorders, such as Parkinson's disease or essential tremor, can have in obtaining the care they need," said Drew Falconer, M.D., neurologist and director, Inova Parkinson's and Movement Disorders Center in Fairfax, Va. "Often, patients must be off their medication overnight, so that their treatments can be adjusted properly, which can make it difficult for a patient to travel to their specialist. With NeuroSphere Virtual Clinic, patients can receive stimulation settings from their physicians in real time and remotely via cloud and Bluetooth-based technology, which is something we have never been able to do before. This opens up a world in which patients can receive the care they need anytime, anywhere."*

*Anywhere with a cellular or Wi-Fi connection and sufficiently charged patient controller.

https://abbott.mediaroom.com/2021-03-08-Abbott-Introduces-NeuroSphere-TM-Virtual-Clinic-First-of-its-Kind-Remote-Neuromodulation-Patient-Care-Technology-in-the-U-S

**Transcript (2:17 – 2:28):** once your clinician joins the session you can communicate with them over video chat be sure to be aware of your network connection to avoid disruptions during your session

**Transcript (3:33– 3:37):** your clinician must close the session in order for the adjustments to save     https://www.youtube.com/watch?v=seLSHcTenmI, Timestamp: 3:34 |

4

| Claim 1 | Identification |
|---|---|
| **1[b]** where said policy is for said second electronic device that has a software application for use with said first electronic device and said policy affects how said software application operates; | The Accused Product operate such that said policy is for said second electronic device that has a software application for use with said first electronic device and said policy affects how said software application operates.<br><br>For example, the mobile device operating the Patient Controller app receives a policy (inferred as "adjust therapy settings") which modifies the working of IPG software (e.g., change of the schedule of therapies).<br><br><br>**Remote programming adjustments & product support** —<br>• Use NeuroSphere™ Virtual Clinic to make programming adjustments, hold follow-up visits or prescribe new settings to optimize therapy in clinic or virtually<br>• Allow patients to connect with their care team via personal mobile device* anywhere a cellular or Wi-Fi‡ connection is available**<br><br>Patients have the option to use their own personal smartphone* to access these features or use a smartphone provided by Abbott.<br><br>* Available on eligible Apple‡ mobile devices. See a list of personal Apple‡ mobile devices compatible with Abbott's Patient Controller app.<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/hcp-chronic-pain/neurosphere-digital-care.html |

| Claim 1 | Identification |
|---|---|
|  | The mobile device operating the Patient Controller app receives a policy (inferred as "adjust therapy settings") which modifies the working of IPG device (having a software to change of the schedule of therapies). The IPG device includes software for providing therapies and is connected to the Patient Controller app, allowing the app to share therapy settings and data with the IPG device. |
| **1[c]** sending said policy from said first electronic device to said second | The Accused Products send said policy from said first electronic device to said second electronic device over said second communication link. |

| Claim 1 | Identification |
|---|---|
| electronic device over said second communication link and; | For example, the mobile device operating the Abbott Patient Controller mobile app sends the received therapy settings (inferred as policy) to the IPG device via wireless Bluetooth connection.<br><br>How to Complete a Remote Programming Visit with NeuroSphere Virtual Clinic<br><br>Stay within Bluetooth® Technology wireless range<br><br>2:35 / 5:02<br><br>**Transcript (2:28 – 2:33):** always stay within bluetooth wireless connection range of your ios software compatible device<br><br>**Transcript (2:37– 2:40):** bluetooth connection must be maintained to make programming adjustments to your neuro stimulator<br><br>https://www.youtube.com/watch?v=seLSHcTenml, Timestamp:2:35 |
| **1[d]** wherein said second electronic device is not in direct | The Accused Product operate such that said second electronic device is not in direct communication with said policy server. |

| Claim 1 | Identification |
|---|---|
| communication with said policy server. | For example, the IPG device receives therapy settings via the mobile device operating the Patient Controller app and not directly from the Virtual Clinic remote connectivity feature.<br><br><br><br>On information and belief, the Abbott Liberty RC Deep Brain Stimulation System ("Liberta RC DBS") system practices the method in the same way. |