# EXHIBIT 9

**Exhibit 9: U.S. Patent No. 8,447,696**

| Claim 1 | Identification |
|---|---|
| **1[pre]** A method of establishing a data connection between a mobile device and a peripheral comprising; | To the extent the preamble is limiting, the Accused Product (e.g., Abbott Patient Controller App) establishes a data connection between a mobile device (e.g., a smartphone running the app) and a peripheral (e.g., the Abbott Infinity Deep Brain Stimulation, DBS, System, i.e., implanted device).<br><br>For example, *see*:<br><br><br><br>INFINITY™ DBS SYSTEM<br><br>Recharge-free deep brain stimulation (DBS) featuring directional lead technology and built-in remote care capabilities*<br><br>Revolutionizing treatment for Parkinson's disease and essential tremor<br><br>The Abbott Infinity™ DBS system is proven to provide patients with streamlined, personalized DBS therapy that can give them back control of their Parkinson's disease or essential tremor symptoms.[1,2] The Abbott Infinity™ DBS system combines innovative directional lead technology and a wireless, upgradeable platform with a long-lasting, recharge-free battery. It offers patients the very latest in DBS treatment, such as remote programming with NeuroSphere™ Virtual Clinic.<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/parkinsons.html<br><br>DBS systems are implanted devices, similar to pacemakers, that deliver mild electrical pulses through thin wires, called leads, to stimulate specific areas of the brain. Conventional DBS leads use circular bands that require 360-degree activation to deliver stimulation to any brain target.<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/38778_MD_DBS-PatientBro_r6_FNL_Web.pdf.coredownload.pdf, Page 4 |

1

| Claim 1 | Identification |
|---|---|
| | **Pairing the Bluetooth® Wireless Connection**<br><br>To pair the patient controller to the generator:<br>1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.<br>2. Tap the patient controller app icon.<br>   The patient controller app launches.<br>3. Tap +.<br>   The Add Generator screen opens.<br>4. Tap an available generator in the "Select a Generator…" list.<br>   If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.<br>5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.<br>6. Tap **Pair** to pair the patient controller and generator.<br>   The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.<br><br>NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32<br><br>**Infinity™ DBS system**<br>With next-generation energy management and an updated longevity profile, the Infinity™ DBS System offers long-lasting, low-maintenance therapy.[6]<br>Benefits:<br>• Delivers an updated longevity profile thanks to changes in energy management.[6,†]<br>• Expands patient controller options by letting patients use their personal Apple‡ mobile device or an Abbott provided mobile device.[7,††]<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/movement-disorders.html<br><br>**Patient Controller NR - US**<br>Medical<br>Only for iPhone<br>Free<br>⬆ Share<br><br>This Patient Controller NR app is for use with Abbott non-rechargeable (NR) devices, such as Proclaim™ SCS systems, Proclaim™ DRG therapy, and Infinity™ DBS systems.<br><br>https://apps.apple.com/us/app/patient-controller-nr-us/id1059237634<br><br>246142<br><br>**Bluetooth Pairing Request**<br>"ORN" would like to pair with your iPhone. Enter the code shown on "ORN". Do not do anything on "ORN" until pairing is complete.<br><br>Cancel    Pair<br><br>Enter Code:<br>246142<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |
| **1[a]** receiving a request from the peripheral device that an approval process for the data connection be handled by the mobile device; | The Accused Product receives a request from the peripheral device that an approval process for the data connection be handled by the mobile device.<br><br>For example, the mobile device operating the Patient Controller app receives a request (i.e., "Bluetooth Pairing Request") from the Implantable Pulse Generator (IPG) device to initiate a Bluetooth pairing. |

| Claim 1 | Identification |
|---|---|
| | **Pairing the Bluetooth® Wireless Connection**<br><br>To pair the patient controller to the generator:<br>1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.<br>2. Tap the patient controller app icon.<br>   The patient controller app launches.<br>3. Tap +.<br>   The Add Generator screen opens.<br>4. Tap an available generator in the "Select a Generator…" list.<br>   If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.<br>5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.<br>6. Tap **Pair** to pair the patient controller and generator.<br>   The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.<br><br>NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32<br><br>e. Pair your Patient Controller app to the implantable pulse generator (IPG). To do so, remove the keeper bar on the magnet, and hold the magnet over your IPG for 10 seconds.<br>f. Remove the magnet.<br>g. Open your **Patient Controller app** on the Apple‡ mobile digital device.<br>h. Tap the **+** button (Figure 5).<br>i. The serial number of the IPG you just held the magnet over will appear. Tap it. Only IPGs that have had the magnet placed over them for 10 seconds will appear in this list.<br>j. A number code appears on the screen of your Patient Controller app. Enter that number and tap **Pair** (Figure 6).<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |

3

| Claim 1 | Identification |
|---|---|
| **1[b]** providing through the mobile device an input mechanism to provide input for use in determining whether to approve the data connection between the mobile device and the peripheral; and | The Accused Product provides through the mobile device an input mechanism to provide input for use in determining whether to approve the data connection between the mobile device and the peripheral.  For example, *see*:<br><br>**Pairing the Bluetooth® Wireless Connection**<br><br>To pair the patient controller to the generator:<br>1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.<br>2. Tap the patient controller app icon. The patient controller app launches.<br>3. Tap **+**. The Add Generator screen opens.<br>4. Tap an available generator in the "Select a Generator…" list. If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.<br>5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.<br>6. Tap **Pair** to pair the patient controller and generator. The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.<br><br>NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32<br><br>e. Pair your Patient Controller app to the implantable pulse generator (IPG). To do so, remove the keeper bar on the magnet, and hold the magnet over your IPG for 10 seconds.<br>f. Remove the magnet.<br>g. Open your **Patient Controller app** on the Apple⁺ mobile digital device.<br>h. Tap the **+** button (Figure 5).<br>i. The serial number of the IPG you just held the magnet over will appear. Tap it. Only IPGs that have had the magnet placed over them for 10 seconds will appear in this list.<br>j. A number code appears on the screen of your Patient Controller app. Enter that number and tap **Pair** (Figure 6).<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 |
| **1[c]** determining whether to approve the data connection between the mobile device and the peripheral based upon the input. | The Accused Product determines whether to approve the data connection between the mobile device and the peripheral based upon the input.<br><br>For example, once the Pairing Code is entered and "Pair" is pressed, the IPG device and mobile device on which the app is installed are paired (both devices are approved for data connection). The Pair option determines that the data connection between the IPG device and the app is approved. |

4

| Claim 1 | Identification |
|---|---|
| | **Pairing the Bluetooth® Wireless Connection**<br><br>To pair the patient controller to the generator:<br>1. Place the magnet perpendicular to the generator for 10 seconds, and then move the magnet away from the generator.<br>2. Tap the patient controller app icon.<br>The patient controller app launches.<br>3. Tap +.<br>The Add Generator screen opens.<br>4. Tap an available generator in the "Select a Generator…" list.<br>If the "No Generators Found" message displays, repeat step 1 and then tap ↻ to search for available generators again and refresh the generator list.<br>5. Enter the pin code displayed on the screen in the Bluetooth Pairing Request dialog box.<br>6. Tap **Pair** to pair the patient controller and generator.<br>The "Connecting to Generator…" message displays while the patient controller is connecting to the generator.<br><br>NeuroSphere™ Virtual Clinic for Patient Controller, DBS, DRG, SCS Supplement, v3.11, Model 3875 – https://manuals.eifu.abbott/content/av/manuals-eifu/languages/en/search-results.html, Page 30, 31 and 32<br><br>e. Pair your Patient Controller app to the implantable pulse generator (IPG). To do so, remove the keeper bar on the magnet, and hold the magnet over your IPG for 10 seconds.<br>f. Remove the magnet.<br>g. Open your **Patient Controller app** on the Apple‡ mobile digital device.<br>h. Tap the **+** button (Figure 5).<br>i. The serial number of the IPG you just held the magnet over will appear. Tap it. Only IPGs that have had the magnet placed over them for 10 seconds will appear in this list.<br>j. A number code appears on the screen of your Patient Controller app. Enter that number and tap **Pair** (Figure 6).<br><br>https://www.neuromodulation.abbott/content/dam/nm/neuromodulation/downloadables/23-77762_DBS_PC_App_GD_r4b_FNL_DIGITAL.pdf, Page 9 and 14<br><br>On information and belief, the Abbott Liberty RC Deep Brain Stimulation System ("Liberta RC DBS") practices the method in the same way. |

5