# EXHIBIT 10

**Exhibit 10: U.S. Patent No. 11,119,756**

| Claim 14 | Identification |
|---|---|
| **14[pre]**: A computer-implemented method comprising: | To the extent the preamble is limiting, the Accused Product (e.g., Infinity Deep Brain Stimulation System) enables a computer-implemented method comprising the below.<br><br>For example, Abbott owns or operates servers to allow for updating firmware on their deep brain stimulation (DBS) therapy products (e.g., Infinity DBS System) via the NeuroSphere Digital Health App. Abbot's Infinity DBS system operates using internal firmware to manage its device detection algorithms, Bluetooth connectivity, and remote programming functions. Clinicians (e.g., physicians or other healthcare providers) can use NeuroSphere Digital Care to adjust device settings in order to provide remote programming adjustments in real time.<br><br><br><br>See e.g., https://www.neuromodulation.abbott/us/en/healthcare-professionals/parkinsons.html#:~:text=Award%2Dwinning%20NeuroSphere%E2%84%A2%20Digital,of%20the%20Biotech%20Breakthrough%20Awards.&text=With%20the%20NeuroSphere%E2%84%A2%20Virtual,improved%20their%20access%20to%20care. |

| Claim 14 | Identification |
|---|---|
| | See e.g., https://www.neuromodulation.abbott/us/en/healthcare-professionals/parkinsons.html#:~:text=Award%2Dwinning%20NeuroSphere%E2%84%A2%20Digital,of%20the%20Biotech%20Breakthrough%20Awards.&text=With%20the%20NeuroSphere%E2%84%A2%20Virtual,improved%20their%20access%20to%20care. <br><br> https://www.neuromodulation.abbott/us/en/healthcare-professionals/hcp-chronic-pain/neurosphere-digital-care.html |

2

| Claim 14 | Identification |
|---|---|
| **14[a]** receiving, from a device for which an update is available, state information about the device; | The Accused Product receives, from a device for which an update is available, state information about the device.<br><br>For example, the Accused Product enables receiving, from a device for which an update is available, state information about the device (e.g., implanted DBS device).<br><br>For example, Abbott's NeuroSphere Digital Care platform can help patients avoid time-consuming drives to the clinic by providing therapy adjustments (in real time) that they can do from home, at work, or anywhere else with a Wi-Fi or Cellular connection. As shown in the exemplary schematic below (bottom right), the implanted neuromodulated device (e.g., Infinity DBS) can be adjusted via the NeuroSphere Digital Care Platform in real time by the patient's physician.<br><br><br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/hcp-chronic-pain/neurosphere-digital-care.html<br><br>The implanted DBS device generates state information (e.g., clinical information related to the patient and the DBS device's deep brain stimulation therapy functions). The physician, sitting remotely, receives the state information (e.g., clinical information related to the DBS device on the physician's personal computing device vis-à-vis the NeuroSphere Digital Care Platform. |

3

| Claim 14 | Identification |
|---|---|
| | Convenience for you and your patients with NeuroSphere™ Digital Care<br><br>With remote options for programming and video appointments, NeuroSphere™ Digital Care sets the industry standard for convenient care.<br><br>Conduct patient follow-up visits via NeuroSphere™ Virtual Clinic by using the in-app video chat with the Abbott Clinician Programmer. Help patients avoid time-consuming drives to the clinic by providing therapy adjustments they can do from home, at work, or anywhere else with a Wi-Fi‡ connection.<br><br>See e.g., https://www.neuromodulation.abbott/us/en/healthcare-professionals/parkinsons.html#:~:text=Award%2Dwinning%20NeuroSphere%E2%84%A2%20Digital,of%20the%20Biotech%20Breakthrough%20Awards.&text=With%20the%20NeuroSphere%E2%84%A2%20Virtual,improved%20their%20access%20to%20care. |

4

| Claim 14 | Identification |
|---|---|
| **14[b]** determining, based on the state information about the device for which the update is available, that the device is in a condition where the device is ready to perform the update; | The Accused Product determines, based on the state information about the device for which the update is available, that the device is in a condition where the device is ready to perform the update.<br><br>For example, the device (e.g., implanted DBS device) determines via its on-board processor diagnostic information related to the patient. The NeuroSphere Digital Care app is designed to automatically send therapy management information to the patient's doctor (e.g., physician) from the user's personal smartphone.<br><br><br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/parkinsons.html#:~:text=A%20wireless%20iOS%E2%80%A1%20software,digital%20devices%20as%20programming%20platforms. |

5

| Claim 14 | Identification |
|---|---|
| **14[c]** receiving, from another device, an indication to update the device for which the update is available; and | The Accused Product receives, from another device, an indication to update the device for which the update is available.<br><br>For example, the implanted DBS device receives from another device (e.g., via the NeuroSphere Digital Care App installed on Patient's mobile device or the physician monitoring the patient's treatment therapy on their mobile device) using the communication subsystem (e.g., Cellular, Wi-Fi, Bluetooth, etc.), an indication to update the device (e.g., DBS) for which the update is available (e.g. make programming adjustments, prescribe new settings to optimize therapy, and/ or update DBS device firmware). In addition, the NeuroSphere Digital Care App accessed by a doctor on a device alone or in combination with the patient device is "another device".<br><br>NeuroSphere Digital Care Platform on Mobile App<br><br>Another Device (ICM)<br><br>Device (DBS)<br><br>Physician    Patient<br><br>Patients have the option to use their own personal smartphone* to access these features or use a smartphone provided by Abbott.<br><br>https://www.neuromodulation.abbott/us/en/healthcare-professionals/hcp-chronic-pain/neurosphere-digital-care.html |

6

| Claim 14 | Identification |
|---|---|
| **14[d]** after determining that the device for which the update is available is in a condition to perform the update and receiving the indication to update the device, send, to the device for which the update is available, an indication to begin performing the update, wherein the device for which the update is available is configured to begin updating responsive to such an indication without any direct interaction with the device for which the update is available. | The Accused Product, after determining that the device for which the update is available is in a condition to perform the update and receiving the indication to update the device, send, to the device for which the update is available, an indication to begin performing the update, wherein the device for which the update is available is configured to begin updating responsive to such an indication without any direct interaction with the device for which the update is available. For example, *see*:   NeuroSphere Digital Care Platform on Mobile App — Device (DBS) — Physician — Patient <br><br> **My Therapy Controller** <br><br> Enhance the patient experience with neurostimulation therapy through extended access to live device support and provide a flexible solution to address ongoing programming needs:[2] <br><br> • Use NeuroSphere™ Virtual Clinic to make programming adjustments, hold follow-up visits or prescribe new settings to optimize therapy in clinic or virtually <br> • Allow patients to connect with their care team via personal mobile device* anywhere a cellular or Wi-Fi‡ connection is available** <br><br> https://www.neuromodulation.abbott/us/en/healthcare-professionals/hcp-chronic-pain/neurosphere-digital-care.html |

7

| Claim 14 | Identification |
|---|---|
|  | Abbott servers send, to the implanted device (e.g., DBS) for which the update is available, an indication to begin performing the update (e.g., update the firmware on the DBS, prescribe new therapy setting, etc.) wherein the device for which the update is available is configured to being updating responsive to such an indication without any direct interaction with the device for which the update is available (e.g., the user does not have to directly interact with the DBS device, and the firmware on the DBS device is automatically updated via the NeuroSphere Digital Care App on user's phone).<br><br>On information and belief, the Abbott Liberty RC Deep Brain Stimulation System ("Liberta RC DBS") practices the method in the same way. |

8